**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joseph Kevin Sanders | No.   07-10389 |
| Debtor | Hon.   Jack B. Schmetterer |

**NOTICE OF FILING OF STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 7, 2009, I filed the attached Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

　　　　　　　　　/s/ Susan J. Notarius

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Christy R. Black and Tom Vaughn on August 7, 2009.

　　　　　　　　　/s/ Susan J. Notarius

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Joseph Kevin Sanders
17707 Oakwood Avenue
Country Club Hills, IL 60478

Tom Vaughn
200 S. Michigan Ave.
Suite 1300
Chicago, IL 60604

Christy R. Black
200 S. Michigan Ave, Suite 209
Chicago, IL 60604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joseph Kevin Sanders | No.   07-10389 |
| Debtor | Hon.   Jack B. Schmetterer |

**STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

American Home Mortgage Servicing, Inc., Servicing agent for, Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2004-3 Asset-Backed Certificates, Series 2004-3, files this, its Statement of Outstanding Payment Obligations of Debtor:

Past due payments due for 2.1.2009:  $10,154.53

Escrow advances                      $29,802.10

Total Outstanding Amounts due:       $39,956.63

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for American Home Mortgage
Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679